UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES FOR THE USE AND AND BENEFIT OF DELTA MECHANICAL CONTRACTORS, LLC
Plaintiff

CA 05 489 T

V

C.A. NO.

HANOVER INSURANCE COMPANY and WHITE & CARR INCORPORATED
Defendants.

COMPLAINT

1. Delta Mechanical, LLC successor in interest to Delta Keyspan, Inc. (collectively "Delta") use plaintiff in this action is a limited liability company organized under the laws of the State of Rhode Island with its principal place of business in Rhode Island.

2. Upon information and belief, defendant White & Carr, Inc. is a corporation organized under the laws of New York with its principal place of business in New York.

3. Upon information and belief, Hanover Insurance Company ("Hanover") is a corporation organized under the laws of Delaware with its principal place of business in Massachusetts.

4. This Court has jurisdiction pursuant 28 U.S.C. §1331 and 40 U.S.C. §3131.

5. White & Carr entered into a contract with the United States Department of Interior to furnish labor and materials for the construction of the visitors facility at Rhode Island National Wildlife Refuge Center Complex, Charlestown, Rhode Island (the "Project").

6. Hanover, as surety, executed and delivered to the United States certain bonds as required by the Miller Act for the protection of all persons supplying labor and materials.

7. On or about September 22, 2003, Delta entered in a contract with White & Carr to complete certain improvements to the Project.

8. White & Carr breached its contractual obligations by, inter alia, failing to pay for labor and materials provided by Delta.

9. As a direct and proximate result of White & Carr's breach, Delta has been damaged.

10. Delta has made demand upon Hanover for payment and Hanover has wrongfully refused to make payment to Delta.

WHEREFORE, Delta demands that it be awarded damages, costs, attorneys' fees and interest.

DELTA MECHANICAL CONTRACTORS, LLC

By its Attorneys,
HOLLAND & KNIGHT LLP

William E. O'Gara, Esquire (#4257)
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
(401) 751-8500 (telephone)
(401) 553-6850 (facsimile)

# 3368491_v1