RECEIVED

JAN 09 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES, for the use of and benefit of DELTA MECHANICAL CONTRACTORS, LLC, Plaintiff, | |
| v. | Civil Action No.: 05-489T |
| HANOVER INSURANCE COMPANY and WHITE & CARR INCORPORATED, Defendant. | |

**STIPULATION OF THE PLAINTIFF AND THE DEFENDANT, THE HANOVER INSURANCE COMPANY, CONCERNING TIME IN WHICH THE HANOVER INSURANCE COMPANY MAY ANSWER OR OTHERWISE RESPOND TO THE <u>COMPLAINT</u>**

The plaintiff, Delta Mechanical Contractors, LLC ("Delta"), and the defendant, The Hanover Insurance Company ("Hanover"), hereby agree and stipulate that Delta has extended the time in which Hanover may answer or otherwise respond to the Complaint in the above-captioned action through and including **Tuesday, January 31, 2006**.

Respectfully submitted:

| THE HANOVER INSURANCE COMPANY | DELTA MECHANICAL CONTRACTORS, LLC, |
|---|---|
| By its attorney, | By its attorney, |
| Jennifer Whelan, Bar ID #6952<br>CETRULO & CAPONE, LLP<br>The Heritage Building<br>321 South Main Street<br>Providence, RI 02903<br>(401) 274-7850<br>(401) 274-9670 (fax) | William E. O'Gara, Bar ID #4257<br>One Financial Plaza, Suite 1800<br>Providence, RI 02903<br>(401) 751-8500<br>(401) 553-6850 (fax) |
| Dated: January 3, 2006 | Dated: January 5, 2006 |

ENTER
Ernest C. Torres
Chief, U.S. District Judge

DATE 1/11/06

400895v1