UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF DELTA MECHANICAL CONTRACTORS, LLC<br>Plaintiff | : | |
| vs. | : | C.A. No. 05-0489T |
| HANOVER INSURANCE COMPANY And WHITE & CARR INCORPORATED<br>Defendants | : | |

DISMISSAL STIPULATION

This action is dismissed with prejudice, no interest or costs.

HANOVER INSURANCE COMPANY
And WHITE & CARR INCORPORATED

By its Attorneys,

/s/ Jennifer Whelan

Jennifer Whelan, Esq. (#6952)
Cetrulo & Capone LLP
321 South Main Street
Providence, RI 02903
(401) 274-7850 (telephone)
(401) 274-9670 (fax)

DELTA MECHANICAL
CONTRACTORS, LLC

By its Attorneys,
PANNONE LOPES & DEVEREAUX LLC

/s/ William E. O'Gara

William E. O'Gara, Esquire (#4257)
1800 Financial Plaza
Providence, Rhode Island 02903
(401) 824-5100 (telephone)
(401) 824-5123 (facsimile)

Doc #4774